# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

ABBVIE INC.; ALLERGAN, INC.; DURATA THERAPEUTICS, INC.; ABBVIE PRODUCTS LLC; APTALIS PHARMA US, INC.; PHARMACYCLICS LLC; ALLERGAN SALES, LLC,

    *Plaintiffs*,

  v.

PATRICK MORRISEY, in his official capacity as the West Virginia Attorney General;

and

ALLAN MCVEY, in his official capacity as the West Virginia Insurance Commissioner;

and

JOHN BERNABEI, in his official capacity as BOARD PRESIDENT OF THE WEST VIRGINIA BOARD OF PHARMACY; and JAMES RUCKER, JENNA MISITI, SAM KAPOURALES, DAVID BOWYER, DENNIS LEWIS, and ROBERT DUNCAN, in their official capacities as MEMBERS OF THE WEST VIRGINIA BOARD OF PHARMACY; and MICHAEL GOFF, in his official capacity as the EXECUTIVE DIRECTOR OF THE WEST VIRGINIA BOARD OF PHARMACY.

    *Defendants*.

No. 2:24-cv-00298

Chief Judge Thomas E. Johnston

## MOTION TO WITHDRAW COUNSEL

Xiaorui Yang has ended his employment with the firm of Kirkland & Ellis LLP, and Plaintiffs AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Aptalis Pharma US, Inc.; Pharmacyclics LLC; Allergan Sales, LLC ("AbbVie") hereby move to withdraw his admission *pro hac vice* and appearance as counsel in the above-captioned case. AbbVie will continue to be represented by counsel listed below.

Dated: September 17, 2025

Respectfully submitted,

Ashley C. Parrish (*pro hac vice* forthcoming)
John D. Shakow (*pro hac vice* forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2627
Email: aparrish@kslaw.com

Nicole Bronnimann (*pro hac vice* forthcoming)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 276-7402
Email: nbronnimann@kslaw.com

/s/ Steven R. Ruby
Steven R. Ruby
707 Virginia Street, East
901 Chase Tower
Charleston, WV 25301
CAREY DOUGLAS KESSLER & RUBY PLLC
Telephone: (304)-345-1234
Email: sruby@cdkrlaw.com

Matthew S. Owen, P.C. (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
           meredith.pohl@kirkland.com

*Counsel for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Counsel was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

*/s/ Steven R. Ruby*
Steven R. Ruby
